SEYFARTH SHAW LLP
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
Jennifer R. Fearnow (SBN 246007)
jfearnow@seyfarth.com
Afshin Najafi (SBN 335582)
anajafi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
FlixBus, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHARLES WASHINGTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLIXBUS, INC.,

Defendant.

Case No. 3:25-cv-00212-H-MSB

**DEFENDANT FLIXBUS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Date: May 5, 2025
Time: 10:30 a.m.
Judge: Hon. Marilyn L. Huff
Courtroom: 12A

**NOTICE OF MOTION AND MOTION TO DISMISS**

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2025, at 10:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Marilyn L. Huff, in the United States District Court for the Southern District of California, Courtroom 12A, 333 West Broadway, San Diego, CA 92101, Defendant FlixBus, Inc. ("Defendant") will, and hereby does, move to dismiss the Complaint (Dkt. No. 1) of Plaintiff Charles Washington ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that (i) the Court lacks subject matter jurisdiction because Plaintiff has no Article III standing, (ii) the Interstate Commerce Commission Termination Act, 49 U.S.C. § 14501, expressly preempts all of Plaintiff's claims, and (iii) the Complaint further fails to state a claim upon which relief can be granted.

Defendant's motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities in Support of the Motion to Dismiss and Declaration of Matteo Maronati, any additional briefing on this subject, and any such further evidence and argument as may be presented to the Court at or before the hearing on this matter.

DATED: April 4, 2025

SEYFARTH SHAW LLP

By: */s/ Jesse L. Miller*
Jesse L. Miller
Jennifer R. Fearnow
Afshin Najafi

Attorneys for Defendant
FlixBus, Inc.