

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Washington, individually and on behalf of all others similarly situated | **Civil Action No.**    3:25-cv-0212-H-MSB |
| **Plaintiff,** | |
| V. | |
| Flixbus, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court's dismissal of Plaintiff's claims under CIPA and the California Constitution is based on the allegations in his complaint that show he consented to Defendant's Privacy Policy and Terms and Conditions, which disclose the data practices he challenges. As discussed, consent is a bar to both of Plaintiff's claims. Plaintiff cannot overcome this pleading deficiency through amendment. Accordingly, leave to amend would be futile and should not be granted.

**Date:**      6/5/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:   s/   M.Williams

M.Williams, Deputy